UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MEGAN DOMINGUEZ,

               Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

               Defendant.

CASE NO. 18-5432 RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE

THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura. Dkt. 15. The Court has considered the Report and Recommendation, objections, if any, and the remaining record.

The Report and Recommendation recommends that the Commissioner's decision be reversed and this case be remanded for further proceedings. The Report and Recommendation (Dkt. 15) should be adopted.

It is **ORDERED** that:

ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE - 1

- The Report and Recommendation (Dkt. 15) **IS ADOPTED**;
- The Commissioner's decision **IS REVERSED**; and
- This case **IS REMANDED** for further proceedings.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 5th day of February, 2019.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge